# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

vs.                                        4:10CR00119 SWW
                                           4:13CR00031 SWW

THEODIS DIXSON                                                                     DEFENDANT

## ORDER

Pending before the Court is the defendant's unopposed motion to continue the hearing previously scheduled September 7, 2016 [doc #47] to allow the parties to complete negotiations. The Court finds that the motion should be *granted*.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke defendant's supervised release is continued until **TUESDAY, OCTOBER 4, 2016 AT 3:00 P.M.**, in Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 6th day of September 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE